1  SHELBY CLARK (Cal. State Bar No. 203606)
   BAILEY, PINNEY PC
2  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington  98683
3  Telephone:  (360) 567-2551
   Facsimile:  (360) 567-3331
4  E-mail:  sclark@wagelawyer.com

5  BONNIE MAC FARLANE (Cal. State Bar No. 161526)
   BAILEY, PINNEY PC
6  720 Howe Avenue, Suite 113
   Sacramento, California  95825
7  Telephone:  (800) 230-5528
   Facsimile:  (800) 230-5866
8  E-mail:  bmacfarlane@wagelawyer.com

9  Attorneys for Plaintiff
   Cheryl Kier
10

11 JEFFREY D. WOHL (California State Bar No. 96838)
   SAIDAH GRAYSON (Cal. State Bar No. 221713)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
12 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
13 San Francisco, California  94105
   Telephone:  (415) 856-7000
14 Facsimile:  (415) 856-7100
   E-mail: jeffwohl@paulhastings.com
15
   Attorneys for Defendant
16 Target Corporation

17

18                      UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20

21 | CHERYL KIER, individually and on behalf of all others similarly situated, | No. C-06-7957-MHP |
22 | Plaintiff, | **STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT** |
23 | vs. | |
24 | TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive , | |
25 | Defendants. | |

27
28

**STIPULATION**

Plaintiff Cheryl Kier and defendant Target Corporation, acting through their counsel of record, stipulate as follows:

1. Defendant has until February 20, 2007, by which to object to, answer, or otherwise respond to plaintiff's complaint.

2. By entering into this stipulation, defendant does not waive any objection or defense to plaintiff's complaint.

Dated: January __, 2007.   SHELBY CLARK
                           BONNIE MAC FARLANE
                           BAILEY, PINNEY PC

                           By: _____
                               Bonnie Mac Farlane
                               Attorney for Plaintiff Cheryl Kier

Dated: January __, 2007.   JEFFREY D. WOHL
                           SAIDAH GRAYSON
                           RISHI N. SHARMA
                           PAUL, HASTINGS, JANOFSKY & WALKER, LLP

                           By:   /s/ Jeffrey D. Wohl
                               Jeffrey D. Wohl
                               Attorney for Defendant
                               Target Corporation

## STIPULATION

Plaintiff Cheryl Kier and defendant Target Corporation, acting through their counsel of record, stipulate as follows:

1. Defendant has until February 20, 2007, by which to object to, answer, or otherwise respond to plaintiff's complaint.

2. By entering into this stipulation, defendant does not waive any objection or defense to plaintiff's complaint.

Dated: January 22, 2007.

SHELBY CLARK
BONNIE MAC FARLANE
BAILEY, PINNEY PC

By: _____
Bonnie Mac Farlane
Attorney for Plaintiff Cheryl Kier

Dated: January __, 2007.

JEFFREY D. WOHL
SAIDAH GRAYSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
Jeffrey D. Wohl
Attorney for Defendant
Target Corporation

Dated: 1/24/07

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILE UNDER