**A.E. "Bud" Bailey,** Pro Hac Vice (pending), OR Bar No. 87157, WA Bar No. 33917
**J. Dana Pinney,** Pro Hac Vice (pending), OR Bar No. 75308, WA Bar No. 33919
**Shelby Clark,** Cal. Bar No. 203606
**Bailey, Pinney PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551, Fax: (360) 567-3331
SClark@wagelawyer.com

**Bonnie Mac Farlane,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528, Fax: (800) 230-5866
BMacFarlane@wagelawyer.com

Attorneys for Plaintiff Cheryl Kier

FILED

FEB 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cheryl Kier, individually and on behalf of all others similarly situated,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive,**<br><br>     **Defendant.** | Case No. C 06-07957 MHP<br><br>~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR A. E. "BUD" BAILEY |

   A. E. "Bud" Bailey, an active member in good standing of the bars of Oregon, and Washington, whose business address and telephone number is; 1498 SE Tech Center Place, Vancouver, WA 98683, (360) 567-2551, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cheryl Kier, individually and on behalf of all others similarly situated,

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

1  constitute notice to the party.  All future filings in this action are subject to the requirements contained
2  in General Order No. 45, Electronic Case Filing.

Dated: 2/1/07

_____
U.S. District Court Judge Marilyn Patel

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERYL KIER,

        Plaintiff,

v.

TARGET CORPORATION et al,

        Defendant.
_____/

Case Number: CV06-07957 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A.E. Bud Bailey
Bailey Pinney PC
1498 SE Tech Center Place
Suite 290
Vancouver, WA 98683

Dated: February 6, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk