JEFFREY D. WOHL (Cal. State Bar No. 96838)
SAIDAH GRAYSON (Cal. State Bar No. 221713)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
saidahgrayson@paulhastings.com
rishisharma@paulhastings.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL KIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive ,<br><br>Defendants. | No. C-06-07957-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR CHANGE OF VENUE**<br><br>**28 U.S.C. § 1404(a)**<br><br>Date:  April 2, 2007<br>Time:  2:00 p.m.<br>Courtroom:  15, 18th Floor<br>Judge:  Hon. Marilyn Hall Patel<br>Trial Date:  None set |

1  On April 2, 2007, a hearing was held on the motion by defendant Target Corporation ("Target")

AWB 2 for change of venue pursuant to 28 U.S.C. section 1404(a).  ~~Shelby Clark and Bonnie Mac Farlane~~ A. E. Bud Bailey

AWB 3 appeared for plaintiff Cheryl Kier, and Jeffrey D. Wohl ~~and Rishi N. Sharma~~ of Paul, Hastings, Janofsky

4 & Walker LLP appeared for Target.  The Court having considered the papers on the motion, the

5 arguments of counsel, and the law, and good cause appearing therefor,

6  IT IS ORDERED, pursuant to 28 U.S.C. section 1404(a), that the action be transferred from this

7 Court to the United States District Court for the Central District of California because the transfer will

8 serve the interests of justice and the convenience of the parties and the witnesses.

9  Dated: April _2_, 2007.



Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28